THE PEOPLE OF THE STATE OF NEW YORK ex rel. PIETRO CARTELLO, Appellant, v. FRED CORNELL, Sheriff of Steuben County, State of New York, Respondent.— Order affirmed. All concur. (The order dismissed certiorari to review the action of the court in denying bail to the relator charged with arson, second degree.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MASSENA, Appellant, v. FRED CORNELL, Sheriff of Steuben County, State of New York, Respondent.— Order affirmed. All concur. (The order dismissed certiorari to review the action of the court in denying bail to the relator charged with arson, second degree.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL ROSSI, Appellant, v. FRED CORNELL, Sheriff of Steuben County, State of New York, Respondent.— Order affirmed. All concur. (The order dismissed certiorari to review the action of the court in denying bail to the relator charged with arson, second degree.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE STEBBINS and Others, Appellants.— Order affirmed. All concur. (The order denied bail to defendants charged with attempt to commit arson, second degree.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RECHICHI and Others, Appellants.— Order affirmed. All concur. (The order denied bail to defendants charged with arson, second degree.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL ROSSI and Others, Appellants.— Order affirmed. All concur. (The order denied bail to defendants charged with arson, second degree.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOWELL GRIFFIN, Respondent, v. WILLIAM HUNT, as Warden of Attica State Prison, Appellant.— Order affirmed. We affirm this order on the merits. No question as to practice is presented. All concur. (The order dismissed a writ of habeas corpus to release defendant, serving sentence of increased punishment for being armed with an imitation pistol prior to the amendment of section 1944 of the Penal Law, effective September 22, 1931; but, holding the increased sentence erroneous, ordered the relator to be resentenced.) [150 Misc. 163.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE NELSON CARR, Relator, v. WILLIAM B. PATTERSON, as City Manager of Auburn, N. Y., and Another, Respondents.— Order of certiorari dismissed, without costs. Paragraph 7 of the return struck out. All concur. (The order of certiorari was granted to review relator's dismissal from the police force of the city of Auburn.)